IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40801
Conference Calendar
_____

WILLIAM LOGAN KENNEDY,

Plaintiff-Appellant,

versus

DR. JOSEPH BERRY, Psychiatrist,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-98-CV-123
- - - - - - - - - -

June 17, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

William Logan Kennedy, federal prisoner # 61518-079, appeals from the magistrate judge's decision dismissing his Bivens[**]-type action as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Kennedy argues that the defendant was deliberately indifferent to his medical needs because he prescribed medications that did not adequately treat his panic disorder and caused liver damage. We have reviewed the record and Kennedy's brief, and we AFFIRM the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[**] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

magistrate judge's dismissal for essentially the same reasons set forth in her decision.  <u>Kennedy v. Barry</u>, No. C-98-123 (S.D. Tex. June 16, 1998).  Moreover, the magistrate judge did not abuse her discretion by declining to exercise supplemental jurisdiction over Kennedy's state-law negligence claims.  <u>See</u> 28 U.S.C. § 1367(c)(3); <u>Wong v. Stripling</u>, 881 F.2d 200, 204 (5th Cir. 1989).

AFFIRMED.